# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHORN KONG,
Appellant,

vs.

FIRST AMERICAN PROPERTY &
CASUALTY INSURANCE COMPANY,
Respondent.

No. 75190

**FILED**

JUN 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Rob Bare, District Judge
Stephen Haberfeld, Settlement Judge
Law Offices of Eric K. Chen
Keating Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-23431